Opinion by WILSON, J. An examination of the official papers disclosing that the protest was untimely filed, the protest was dismissed.

MARCH 13, 1962

**No. 66568.**—National Carloading Corp. and Printed Cellophane Tape Co. et al. *v.* United States, protests 58/21326, etc. Protests abandoned November 24, 1961. (Not published.) Plaintiffs' application for rehearing denied. Oliver, C.J., dissented.

**No. 66569.**—Associated Medical Products Mfg. Co. et al. *v.* United States, protests 60/24216, etc., abandoned February 9, 1962. (Not published.) (Initial No. 58/22216.) Protests 61/5402, etc., abandoned February 2, 1962. (Not published.) (Initial No. 59/673.) Plaintiffs' application for rehearing granted.

MARCH 12, 1962

**No. 66570.**—SUIT 5053.—United States *v.* Aris Gloves, Inc.—

—C.D. 2185 reversed July 7, 1961. C.A.D. 777.

BEFORE THE FIRST DIVISION, MARCH 19, 1962

**No. 66571.**—Ross Products, Inc. *v.* United States, protests 60/18924 and 60/18926 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

**No. 66572.**—The American Import Co. *v.* United States, protest 61/17800 (Los Angeles).